I<small>N THE</small> U<small>NITED</small> S<small>TATES</small> B<small>ANKRUPTCY</small> C<small>OURT FOR THE</small> M<small>IDDLE</small> D<small>ISTRICT OF</small> T<small>ENNESSEE</small>

In re:                                                                          BK:        1:22-bk-03257
David Kirkland Andrews
2098 Nashville Hwy, Columbia, TN 38401
xxx-xx-6982
Debtor.

---

The Deadline for Filing a Timely Response Is: ____11/1/22_____
If a Response Is Timely Filed, the Hearing Will Be Held On: 11/16/22
Time and Location: 9:30Am by Zoom Video at the following link: https://www.zoomgov.com /j/16158688354 Meeting ID
161 5868 8354

**NOTICE OF MOTION FOR INTERIM COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR ATTORNEY OF DEBTOR**

J. Robert Harlan, attorney for the debtor,  has asked the court for the following relief: Approve the application for
payment of interim compensation for the attorney for the debtors.

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering
the attached order, or if you want the court to consider your views on the motion, then on or before the response
date stated above, you or your attorney must:

1.       File with the court your response or objection explaining your position. Please note: the
         Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response
         or objection you wish to file must be submitted electronically. To file electronically, you or your
         attorney must go to the court website and follow the instructions at:
         <https://ecf.tnmb.uscourts.gov>. If you need assistance with Electronic Filing you may call the
         Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701
         Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2.       Your response must state the deadline for filing responses, the date of the scheduled hearing and
         the motion to which you are responding.

         If a response is filed before the deadline stated above, the hearing will be held at the time and place
indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check
whether a timely response has been filed by viewing the case on the court's website at
<https://ecf.tnmb.uscourts.gov>.

         If you or your attorney does not take these steps, the court may decide that you do not oppose the relief
sought in the motion and may enter the attached order granting that relief.

Date:  October 11, 2022                      ___/s/ J. ROBERT HARLAN_____
                                             J. ROBERT HARLAN - BPR No. 010466
                                             Harlan, Slocum & Quillen
                                             Attorney for the Debtor
                                             39 Public Square
                                             PO Box 949
                                             Columbia, TN 38402-0949
                                             Phone - 931/381-0660
                                             Fax - 931/381-7627
                                             bob@robertharlan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:

David Kirkland Andrews                                          BK:      1:22-bk-03257

2098 Nashville Hwy, Columbia, TN 38401

xxx-xx-6982

Debtor

## MOTION FOR INTERIM COMPENSATION AND REIMBURSEMENT
## OF EXPENSES FOR J. ROBERT HARLAN,  ATTORNEY FOR DEBTOR

Comes now, J. Robert Harlan, attorney for the debtor in the above-captioned proceeding, and

files this motion for compensation and reimbursement of expenses pursuant to 11 U.S.C. 330.

## BACKGROUND

1.       The Bankruptcy petition was filed on October 10, 2022.

2.       Movant is employed as attorney for the debtor.  The source of all compensation is to

be paid outside of the bankruptcy estate for all attorney's fees, including pre-petition

fees and post-petition fees.  Debtor has paid monies into the Movant's trust account

understanding that Movant will submit application for payments throughout the

Chapter 13 case.    Except as otherwise stated herein, no payments have been made

or promised to the Movant in any capacity.  Movant has not agreed to share

compensation with any other person.  Movant has not entered into any limitations on

fees or other charges.  Movant has not entered into any agreement express or implied

with any other party, including the trustee, any creditors, or any of their

representatives for the purpose of fixing the fees in this matter.

3.       The rates are set forth in the staff summary included in the attached Invoice and are

the same rates charged by Movant in other bankruptcy matters.  Included in said

Invoice  is a list of services provided and the benefit resulting to the debtors from

each type of service.

4.      There have been no prior applications for compensation filed in this case.

5.      Pursuant to 11 U.S.C. 331, this application is not being filed within 120 days of a prior application to approve fees.

6.      The time period for the services rendered in this motion are shown in the attached Invoice.

## EVALUATION STANDARDS

The services rendered for the fee request under 11 U.S.C. 330 were reasonable and necessary. The work was performed within a reasonable period of time considering the nature of the projects outlined in the attached Invoice  The time spent on these services was reasonable, the rates which were charged were reasonable, the services were necessary to the debtor at the time the services were rendered; the services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the issues or tasks involved, and the compensation is reasonable based on customary compensation charged by skilled practitioners in cases other than under this title.

## ITEMIZATION OF SERVICES RENDERED

Movant has attached an Invoice with itemization of time spent for which compensation is requested, with particular projects noted.

All expenses, if any, are also set forth in the Invoice, which includes the dates and amounts for each charge.  All expenses noted on the Invoice were reasonable and necessary for the administration of this case, do not constitute any division of overhead expenses, or charges for clerical work.  The services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed.  All expenses included

in the Invoice are routinely charged for other bankruptcy matters in which Movant is involved, as follows:

Time entries and expense records were kept substantially contemporaneously and all costs are actual costs which can be designated to this case.

BASED ON THE FOREGOING, Movant prays for the entry of an order awarding the fees and expenses set forth in the Invoice attached with this motion, and for such other and further general relief as is just.

I, J. Robert Harlan, hereby certify that the statements made in this motion are true and correct to the best of my knowledge, information and belief. Respectfully submitted October 11, 2022.

/s/ J. ROBERT HARLAN
J. ROBERT HARLAN - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bob@robertharlan.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have mailed a true and exact copy of the foregoing to the debtor, David Kirkland Andrews, the all creditors and any affected parties, by Electronic Case Noticing to the Chapter 13Trustee, and to the U.S. Trustee's Office October 11, 2022.

/s/ J. ROBERT HARLAN
J. ROBERT HARLAN - BPR No. 010466
Harlan, Slocum & Quillen

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
David Kirkland Andrews                                          BK:      1:22-bk-03257
Debtor

**ORDER AWARDING ATTORNEY'S FEES**

This matter is before the court upon the motion of J. Robert Harlan, attorney for debtor, for

allowance of interim compensation and reimbursement of expenses.  Notice of the  motion having

been served in accordance with Local Rule 9013, and no timely objections thereto having been filed,

the Court finds the motion should be approved;

IT IS THEREFORE ORDERED that J. Robert Harlan  is hereby awarded  attorney's fees and

expense reimbursement as follows:

Fees and expenses awarded by this application:.......                $4,133.00

Total fees and expenses awarded by the Court.........                $4,133.00

Amounts paid by the debtors prior to filing:..............                  $0.00

Net amount to be paid by the Chapter 13 Trustee:....                  $0.00

This order was signed and entered electronically as   indicated at the top of the page.

Approved for Entry:

  /s/ J. ROBERT HARLAN
J. ROBERT HARLAN - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bob@robertharlan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:

David Kirkland Andrews                                    BK:     1:22-bk-03257

Debtor

### CERTIFICATE OF COMPLIANCE

     I, J. Robert Harlan, do certify that I have complied with the noticing requirement of Local Bankruptcy Rule 9013-1 by mailing a copy of the attached document pertaining to the subject action to David Kirkland Andrews, all creditors and any affected parties, by Electronic Case Noticing to the Chapter 13 Trustee, and to the U.S. Trustee's Office October 11, 2022.

    /s/ J. ROBERT HARLAN

J. ROBERT HARLAN - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bob@robertharlan.com

No. of copies mailed          9

/

**Harlan, Slocum & Quillen**
39 Public Square, PO Box 949
Columbia TN, 38402-0949

9313810660



# INVOICE

| | |
|---|---|
| **Invoice** | #001 |
| **Date** | 10/10/2022 |

## Client

**David Andrews**
2098 Nashville Hwy
Columbia TN, 38401-0000

## Summary

| $0.00 | $4,133.00 | **$4,133.00** |
|---|---|---|
| Total Paid | Total Fees | **Current Balance** |

## Transaction History (Andrews, David Kirkland & Cynthia Talley-280069865)

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 10/10/2022 | Fee | 10/10/2022  Time: 1.5  Review-proof  case- contact with  … | + $525.00 | $4,133.00 |
| 10/10/2022 | Fee | 10/10/2022  Time: 0.6  Finished working on plan and peti … | + $54.00 | $3,608.00 |
| 10/06/2022 | Fee | 10/06/2022  Time: 3.5  Met with client. Met with attorney. … | + $315.00 | $3,554.00 |
| 10/07/2022 | Fee | 10/07/2022  Time: 1.25  Client Meeting | + $437.50 | $3,239.00 |
| 10/06/2022 | Fee | 10/06/2022  Time: 0.1  Reviewed documents. Email to ac … | + $9.00 | $2,801.50 |
| 10/06/2022 | Fee | 10/06/2022  Time: 0.2  Reviewed emails (2) and sent res … | + $18.00 | $2,792.50 |
| 09/19/2022 | Fee | 9/19/2022  Time: 0.2  Read/Write Emails | + $70.00 | $2,774.50 |
| 09/21/2022 | Fee | 9/21/2022  Time: 0.75  Read/Write Emails -Consultation  … | + $262.50 | $2,704.50 |
| 09/16/2022 | Fee | 9/16/2022  Time: 1.25  Client Consultation | + $437.50 | $2,442.00 |
| 09/13/2022 | Fee | 9/13/2022  Time: 1.5  Review and Analyze Documents | + $525.00 | $2,004.50 |
| 08/30/2022 | Fee | 8/30/2022  Time: 0.25  Meeting with IRS Atty. RE:  ANdre … | + $87.50 | $1,479.50 |
| 09/14/2022 | Fee | 9/14/2022  Time: 0.75  Metting with IRS Atty. RE: Andre … | + $262.50 | $1,392.00 |
| 10/03/2022 | Fee | 10/03/2022  Time: 0.3  Met with keith. Call to law group.  … | + $27.00 | $1,129.50 |
| 09/21/2022 | Fee | 9/21/2022  Time: 0.75  analyzed website. pulled docume … | + $67.50 | $1,102.50 |

Case 1:22-bk-03257    Doc 10    Filed 10/11/22 Entered 10/11/22 14:54:52    Desc Main
Document    Page 7 of 9

## Transaction History (Andrews, David Kirkland & Cynthia Talley-280069865)

| Date | Type | Description | Amount | Balance |
|------|------|-------------|--------|---------|
| 09/20/2022 | Fee | 9/20/2022  Time: 2.5  met with client, clients wife, keith a ... | + $225.00 | $1,035.00 |
| 09/19/2022 | Fee | 9/19/2022  Time: 4  met with client. assisted attorney. a ... | + $360.00 | $810.00 |
| 09/15/2022 | Fee | 9/15/2022  Time: 1  Met with paragal and atty. Analyzed  ... | + $90.00 | $450.00 |
| 09/14/2022 | Fee | 9/14/2022  Time: 4  meeting with keith slocum and tony  ... | + $360.00 | $360.00 |

**Please contact the firm with any inquiries regarding your billing.**

DAVID KIRKLAND ANDREWS
2098 NASHVILLE HWY
COLUMBIA TN 38401

J. ROBERT HARLAN
HARLAN, SLOCUM & QUILLEN
39 PUBLIC SQUARE
PO BOX 949
COLUMBIA, TN 38402-0949

AMY NEWTON
LIBERTY PIKE
FRANKLIN TN 37064

ASPEN AMERICAN INSURANCE COMPANY


BB&T/TRUIST
ATTN: BANKRUPTCY
PO BOX 1847
WILSON NC 27894

DRIVE WEBSITE DESIGN


EGOR G DANYLOV


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MICHAEL COLLINS
ONE NASHVILLE PL
150 FOURTH AV N, SUITE 2200
NASHVILLE TN 37219

MIDDLE TENNESSEE LAW GROUP
809 SOUTH MAIN STREET
SUITE 100
COLUMBIA TN 38401

NAVIENT
ATTN: BANKRUPTCY
PO BOX 9640
WILKES-BARR PA 18773

ROBERT MILLER
ONE NASHVILLE PLACE
150 FOUR AVE N, SUITE 2200
NASHVILLE TN 37219

US ATTY FOR IRS
110 9TH AVE S STE A961
NASHVILLE TN 37203