United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 22-03257-MFH
David Kirkland Andrews  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-1     User: admin     Page 1 of 1
Date Rcvd: Oct 11, 2022     Form ID: oinst13     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Kirkland Andrews, 2098 Nashville Hwy, Columbia, TN 38401-7232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HENRY EDWARD HILDEBRAND, III | hhecf@ch13nsh.com |
| J. ROBERT HARLAN | on behalf of Debtor David Kirkland Andrews bknotices@robertharlan.com harlanecf@gmail.com;slocumkr47249@notify.bestcase.com;quillenmr47249@notify.bestcase.com;harlanbr47249@notify.bestcase.com;userar47249@notify.bestcase.com;piercegr47249@notify.bestcase.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | |
|---|---|
| Debtor 1 | **David Kirkland Andrews** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | MIDDLE DISTRICT OF TENNESSEE |
| Case number: | 1:22-bk-03257 |
| Chapter filing under: Chapter 13 | |

## Order Approving Payment of Filing Fee in Installments

After considering the Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A), the court grants the payment of the filing fee in this Chapter 13 case, unless otherwise provided for below:

The Chapter 13 Trustee shall make the installment fee payments for the debtor(s) pursuant to the Order Confirming Chapter 13 Plan for Debtor(s) and Addressing Any Related Motions. The debtor(s) should not make the installment payment since the Chapter 13 Trustee is submitting those payments to the Clerk. Should confirmation of the plan exceed the 120 day period for submission of the last filing fee installment payment then pursuant to Fed. R. Bankr. P. 1006(b)(2), the court finds cause and extends the period for making the last installment payment to 180 days from the filing of the petition. In no event should a second application to consider the payment of filing fees in installments be filed if the last installment exceeds the 180 days permitted in the Fed. R. Bankr. P. 1006.

Until the filing fee is paid in full, the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

The payment of the filing fee by the Chapter 13 Trustee does not eliminate the obligation of the debtor(s) to confirm that the filing fee has been paid in full.

$313.00      TOTAL FILING FEE DUE IN A CHAPTER 13 CASE

10/11/22                    **By the court:** Marian F Harrison
                                                United States Bankruptcy Judge

Form oinst13                                                        2/21