United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 22-03257-MFH
David Kirkland Andrews  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-1     User: admin     Page 1 of 1
Date Rcvd: Oct 12, 2022     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Kirkland Andrews, 2098 Nashville Hwy, Columbia, TN 38401-7232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HENRY EDWARD HILDEBRAND, III | hhecf@ch13nsh.com |
| J. ROBERT HARLAN | on behalf of Debtor David Kirkland Andrews bknotices@robertharlan.com harlanecf@gmail.com;slocumkr47249@notify.bestcase.com;quillenmr47249@notify.bestcase.com;harlanbr47249@notify.bestcase.com;userar47249@notify.bestcase.com;piercegr47249@notify.bestcase.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |

TOTAL: 3



Dated: 10/12/2022

Marian F. Harrison
US Bankruptcy Judge

KMH

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  
DAVID KIRKLAND ANDREWS  
2098 NASHVILLE HWY  
COLUMBIA, TN  38401  

CASE NO. 22-03257-MH1-13  
10/12/2022  

SSN XXX-XX-6982

## ORDER TO PAY TRUSTEE

The debtor named above has filed a petition for relief under Chapter 13 of the Bankruptcy code and has submitted all future income to the jurisdiction of the United States Bankruptcy Court.

IT IS , THEREFORE, ORDERED that until further order of this Court, the debtor named above shall pay the sum of **$12600.00 MONTHLY** and each succeeding period thereafter to the Trustee at least monthly.

| MAKE CHECKS PAYABLE AND MAIL PAYMENTS TO:<br><br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203 | PLEASE INCLUDE ON ALL PAYMENTS:<br><br>NAME: DAVID KIRKLAND ANDREWS<br>CASE NUMBER: 122-03257 | FOR INQUIRIES:<br><br>PHONE: 615-244-1101<br>FAX:   615-242-3241 |
|---|---|---|

IT IS FURTHER ORDERED, that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds.

IT IS FURTHER ORDERED, that the payments required herein are to commence IMMEDIATELY UPON RECEIPT of this order.

IT IS FURTHER ORDERED, that this order supercedes previous orders to the debtor to make payments to the Trustee in this case.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

cc: DAVID KIRKLAND ANDREWS  
    J ROBERT HARLAN  
    PAID DIRECT BY DEBTOR

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.  
United States Bankruptcy Court.