Form hrgnot

# UNITED STATES BANKRUPTCY COURT

### MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 1:22–bk–03257
Chapter 13
Judge Marian F Harrison

In Re:
   David Kirkland Andrews
   2098 Nashville Hwy
   Columbia, TN 38401

Social Security No.
   xxx–xx–6982

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held :

Joint Hearing Courtroom (COL), (Virtual hearing if allowed, see website for details); 701 Broadway, Nashville, TN 37203 on 12/21/22 at 09:30 AM

to consider and act upon the following:

*21* – Motion and Notice to CompelReturn of Personal Property. Certificate of Service mailed on 10/19/22. Filed on the behalf of: Debtor David Kirkland Andrews. (HARLAN, J.)

Dated: 10/21/22                                                           /s/ TERESA C. AZAN
                                                                                         Clerk, U.S. Bankruptcy Court