United States Bankruptcy Court
Middle District of Tennessee

In re:          Case No. 22-03257-MFH
David Kirkland Andrews          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-1      User: admin      Page 1 of 1
Date Rcvd: Oct 21, 2022      Form ID: hrgnot      Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | J. ROBERT HARLAN, HARLAN, SLOCUM & QUILLEN, PO BOX 949, COLUMBIA, TN 38402-0949 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | Email/Text: ustpregion08.na.ecf@usdoj.gov | Oct 21 2022 23:44:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HENRY EDWARD HILDEBRAND, III | hhecf@ch13nsh.com |
| J. ROBERT HARLAN | on behalf of Debtor David Kirkland Andrews bknotices@robertharlan.com harlanecf@gmail.com;slocumkr47249@notify.bestcase.com;quillenmr47249@notify.bestcase.com;harlanbr47249@notify.bestcase.com;userar47249@notify.bestcase.com;piercegr47249@notify.bestcase.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |

TOTAL: 3

Form hrgnot

# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No.  1:22−bk−03257
Chapter 13
Judge  Marian F Harrison

In Re:
    David Kirkland Andrews
    2098 Nashville Hwy
    Columbia, TN 38401

Social Security No.
    xxx−xx−6982

Employer's Tax I.D. No.

PLEASE TAKE NOTICE that a hearing will be held :

Joint Hearing Courtroom (COL), (Virtual hearing if allowed, see website for details); 701 Broadway, Nashville, TN 37203 on 12/21/22 at 09:30 AM

to consider and act upon the following:

*21* − Motion and Notice to CompelReturn of Personal Property. Certificate of Service mailed on 10/19/22. Filed on the behalf of: Debtor David Kirkland Andrews. (HARLAN, J.)

Dated: 10/21/22                                                        /s/ TERESA C. AZAN
                                                                                       Clerk, U.S. Bankruptcy Court