IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
David Kirkland Andrews                                BK:    1:22-bk-03257
Debtor

## ORDER AWARDING ATTORNEY'S FEES

This matter is before the court upon the motion of J. Robert Harlan, attorney for debtor, for allowance of interim compensation and reimbursement of expenses. Notice of the motion having been served in accordance with Local Rule 9013, and no timely objections thereto having been filed, the Court finds the motion should be approved;

IT IS THEREFORE ORDERED that J. Robert Harlan is hereby awarded attorney's fees and expense reimbursement as follows:

| | |
|---|---|
| Fees and expenses awarded by this application:....... | $4,133.00 |
| Total fees and expenses awarded by the Court......... | $4,133.00 |
| Amounts paid by the debtors prior to filing:............. | $0.00 |
| Net amount to be paid by the Chapter 13 Trustee:.... | $0.00 |

This order was signed and entered electronically as indicated at the top of the page.

Approved for Entry:

   /s/ J. ROBERT HARLAN
J. ROBERT HARLAN - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bob@robertharlan.com