United States Bankruptcy Court
Middle District of Tennessee

In re:                                                                                        Case No. 22-03257-MFH
David Kirkland Andrews                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-1                                         User: admin                                             Page 1 of 1
Date Rcvd: Nov 04, 2022                               Form ID: pdf001                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Kirkland Andrews, 2098 Nashville Hwy, Columbia, TN 38401-7232 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022                               Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HENRY EDWARD HILDEBRAND, III | hhecf@ch13nsh.com |
| J. ROBERT HARLAN | on behalf of Debtor David Kirkland Andrews bknotices@robertharlan.com harlanecf@gmail.com;slocumkr47249@notify.bestcase.com;quillenmr47249@notify.bestcase.com;harlanbr47249@notify.bestcase.com;userar47249@notify.bestcase.com;piercegr47249@notify.bestcase.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |

TOTAL: 3


Marian F. Harrison
US Bankruptcy Judge



Dated: 11/3/2022

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
David Kirkland Andrews  BK:  1:22-bk-03257
Debtor

### ORDER AWARDING ATTORNEY'S FEES

This matter is before the court upon the motion of J. Robert Harlan, attorney for debtor, for allowance of interim compensation and reimbursement of expenses. Notice of the motion having been served in accordance with Local Rule 9013, and no timely objections thereto having been filed, the Court finds the motion should be approved;

IT IS THEREFORE ORDERED that J. Robert Harlan is hereby awarded attorney's fees and expense reimbursement as follows:

| | |
|---|---:|
| Fees and expenses awarded by this application:....... | $4,133.00 |
| Total fees and expenses awarded by the Court......... | $4,133.00 |
| Amounts paid by the debtors prior to filing:.............. | $0.00 |
| Net amount to be paid by the Chapter 13 Trustee:.... | $0.00 |

This order was signed and entered electronically as indicated at the top of the page.

Approved for Entry:

  /s/ J. ROBERT HARLAN
J. ROBERT HARLAN - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bob@robertharlan.com

```
This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.
```