J ROBERT HARLAN

CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH DEBTOR TO THE TRUSTEE AT LEAST A WEEK PRIOR TO THE DATE AND TIME SET FOR THE MEETING OF CREDITORS

Name: **DAVID KIRKLAND ANDREWS**   Case No.   22-03257-MH1-13

341 Date:   11/21/2022 10:00 am

1. Is your current mailing address?   Yes ✓   No ____

   **2098 NASHVILLE HWY, COLUMBIA, TN  38401**

   If your address is not correctly listed, indicate your correct mailing address:

   lb
   11/22/2022

   Email address: drtooth54@gmail.com

   I consent to Trustee sending correspondence by email.   Yes ✓   No ____

2. What is your current phone number?

   Home phone: N/A      Cell phone: 615-495-5909

3. Do you have a domestic support obligation **YOU HAVE TO PAY** such as child support, or alimony?   Yes ____   No ✓

   If yes, please provide the following:

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount:   $ _____

   When will your obligation to pay end? _____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?   Yes ____   No ____

4. Have you filed all required tax returns for the past four years?   Yes ✓   No ____

   Not required to file a tax return ____

   If no, why not and identify the specific years: _____

5. Have you previously filed bankruptcy?   Yes ✓   No ____

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge?

   Chapter 11, Nashville, TN
   Mar 4, 2014
   Dec 15, 2015    Unsure of Discharge

6. Are you currently employed at:   Yes ✓   No ____

   Self employed  DAVID K ANDREWS DDS PLLC

Case 1:22-bk-03257    Doc 33    Filed 11/22/22    Entered 11/22/22 15:13:16    Desc Main
Document    Page 1 of 2

| | |
|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | |
| Name & address of new employer | _____ |
| | _____ |
| | _____ |
| New monthly income amount | $_____ |
| How often are you paid? | Weekly ____ Every two weeks ____ Semi-Monthly ____ Monthly ____ |

| | | |
|---|---|---|
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes ✓ | No ____ |
| 9. Is the signature on the petition and the schedules your own? | Yes ✓ | No ____ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes ✓ | No ____ |
| 11. Did you list everything you own in your schedules and statements? | Yes ✓ | No ____ |
| 12. I have reviewed my budget today. The budget is accurate and I can live on this budget. | Yes ✓ | No ____ |
| 13. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ____ | No ✓ |

14. Identify the attorney or other individual with whom you determined which chapter to file under.
    J. Robert Harlan

    Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.
    Keith Slocum

| | | |
|---|---|---|
| 15. I certify that I watched the Discharge Video found at www.ch13nsh.com. | Yes ✓ | No ____ |
| I certify that I watched the First Meeting of Creditors video found at www.ch13nsh.com. | Yes ✓ | No ____ |
| I certify that I watched the Introductory Video found at www.ch13nsh.com. | Yes ✓ | No ____ |
| I certify that I read the Red Book received from the Trustee's office. | Yes ✓ | No ____ |

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

10/30/22
Date

_____
Debtor's Signature

J. Robert Harlan
Debtors Attorney

**DAVID KIRKLAND ANDREWS**

| For Trustee Use Only |
|---|
| Tax Return received _____ |
| Pay Advices received _____ |

printed: October 21, 2022 11:54 am

vers. 09.21.22