IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  Case No. **22-03257-MH1-13**

**DAVID KIRKLAND ANDREWS**  Judge: **MARIAN F HARRISON**

CONFIRMATION HEARING DATE: **December 21, 2022**

TIME OF HEARING: **9:30 AM**

SSN XXX-XX-6982

## TRUSTEE'S MOTION AND REQUEST FOR A HEARING ON CONFIRMATION

**THE HEARING WILL BE Joint Hearing Courtroom (COL); (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203.**

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above-styled case for a confirmation hearing, and for cause therefore would state:

**The Trustee objects to confirmation.**

**The Debtor has not complied with 11USC § 1326(a)(1).**

**A creditor in attendance at the Meeting of Creditors objected to confirmation or has filed a written objection prior to the meeting of creditors.**

As grounds for such request, the Trustee would state:

**James and Annette McLaughlin filed an objection to confirmation. First payment due by November 9, 2022. Plan does not satisfy 1325(b).**

Other parties requesting notice of hearing: **Phillip G. Young, Jr, One Franklin Park, 6100 Tower Circle, Suite 200, Franklin, TN 37067; James and Annette McLaughlin, 830 Baker Road, Columbia, TN 38401**

Respectfully Submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
615-244-1101
pleadings@ch13nsh.com

cc: Debtor(s)
    Debtor(s) Attorney
    Objecting Creditor

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on DAVID KIRKLAND ANDREWS, 2098 Nashville Hwy, Columbia, TN  38401 and J ROBERT HARLAN, P O Box 949, Columbia, TN 38402-0949; and objecting creditor(s)

and by email by Electronic Case Noticing to The Office of the United States Trustee;
on this 29th day of November, 2022.

                                                /s/ Henry E. Hildebrand, III
                                                HENRY E. HILDEBRAND, III
                                                Chapter 13 Trustee