IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
David Kirkland Andrews          BK:     22-03257-MH1-13
2098 Nashville Hwy, Columbia, TN 38401
xxx-xx-6982
Debtor

### NOTICE OF FILING AMENDED PROPOSED CHAPTER 13 PLAN

Comes the debtor through counsel and would give notice of amendment to the debtor's proposed Chapter 13 plan filed in connection with this bankruptcy case. The amended plan is attached hereto and incorporated by reference.

All notices issued in the case applicable to the original plan, including but not limited to the date of the proposed hearing on objections to confirmation of the proposed plan, shall be applicable to the amended plan. If an objection to the proposed Chapter 13 plan is timely filed, a hearing is set for December 21, 2022, at 9:30AM at the Joint Hearing Courtroom (COL); (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203.

Debtors' counsel will request that hearing be rescheduled for the next available hearing date of January 18, 2023, at 9:30AM in Joint Hearing Courtroom (COL); (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203. Objections to the amended plan by any creditor must be filed with the clerk of the U.S. Bankruptcy Court.

Respectfully submitted December 6, 2022.

/s/ J. ROBERT HARLAN
J. Robert Harlan - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtor
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bob@robertharlan.com

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have mailed a true and exact copy of the foregoing to David Kirkland Andrews, 2098 Nashville Hwy, Columbia, TN 38401 all creditors, to parties requesting notices, to the Chapter 13 Trustee Henry E. Hildebrand, III and to the U.S. Trustee's Office, by electronic means if available or by placing the same in the U.S. Mail, postage pre-paid, December 6, 2022.

/s/ J. ROBERT HARLAN
J. ROBERT HARLAN - BPR No. 010466
Harlan, Slocum & Quillen

____9____ number of copies mailed

Debtor **David Kirkland Andrews**

United States Bankruptcy Court for the  **MIDDLE DISTRICT OF TENNESSEE**  ☑ Check if this is an amended plan
[Bankruptcy district]

Case number:

# Chapter 13 Plan

### Part 1: Notices

**To Debtor(s):** This form sets out options that are appropriate in some cases but not in others. The presence of an option does not indicate that the opti[on is appropriate in your] circumstances.

**To Creditors:** Your rights are affected by this plan. Your claim may be reduced, modified, or eliminated.

If you oppose the treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 5 day[s before...] raise an objection on the record at the meeting of creditors. The Bankruptcy Court may confirm this plan without further notice if no timely obje[ction...] addition, a timely proof of claim must be filed before your claim will be paid under the plan.

**Debtor(s) must check one box on each line to state whether the plan includes each of the following items. If an item is not checked as "I**[ncluded" or if both boxes are] **checked, the provision will not be effective if set out later in the plan.**

| 1.1 | **A limit on the amount of a secured claim, set out in § 3.2, which may result in partial payment or no payment to the secured creditor.** | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 3.4.** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 9.** | ☑ Included | ☐ Not Included |

### Part 2: Plan Payments and Length of Plan

**2.1 Debtor(s) will make payments to the trustee as follows:**

| Payments made by | Amount of each payment | Frequency of payments | Duration of payments | | Method of payment |
|---|---|---|---|---|---|
| ☑ Debtor 1 | **$12,600.00** | **Monthly** | **60** | months | ☑ Debtor will make payment directly to trustee |
| ☐ Debtor 2 | | | | | ☐ Debtor consents to payroll deduction from: |

Insert additional lines as needed.

**2.2 Income tax refunds.**
*Check one.*

☑ Debtor(s) will retain any income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all income tax refunds received during the plan term.

APPENDIX D                                         Chapter 13 Plan                                         Page 1

| Debtor | **David Kirkland Andrews** | Case number | |
|---|---|---|---|

☐ Debtor(s) will treat income refunds as follows:

**2.3 Additional payments.**
*Check one.*
☑ **None.** If "None" is checked, the rest of § 2.3 need not be completed or reproduced.

**2.4 The total amount of estimated payments to the trustee provided for in §§ 2.1 and 2.3 is $<u>756,000.00</u>**.

### Part 3: Treatment of Secured Claims

**3.1 Maintenance of payments and cure of default.** Check one.

☑ **None.** If "None" is checked, the rest of § 3.1 need not be completed or reproduced.

**3.2 Request for valuation of security and claim modification.** *Check one.*

☑ **None.** If "None" is checked, the rest of § 3.2 need not be completed or reproduced.

**3.3 Secured claims excluded from 11 U.S.C. § 506.** *Check one.*

☑ **None.** If "None" is checked, the rest of § 3.3 need not be completed or reproduced.

**3.4 Lien avoidance**. *Check one.*
☑ **None.** If "None" is checked, the rest of § 3.4 need not be completed or reproduced.

**3.5 Surrender of collateral.** *Check one.*
☑ **None.** If "None" is checked, the rest of § 3.5 need not be completed or reproduced.

### Part 4: Treatment of Priority Claims (including Attorney's Fees and Domestic Support Obligations)

**4.1 Attorney's fees.**

The balance of the fees owed to the attorney for the debtor(s) is estimated to be **$0.00**. The remaining fees and any additional fees that may be awarded shall be below. Check one.

☐ The attorney for the debtor(s) shall receive a monthly payment of <u>$</u>.

☐ The attorney for the debtor(s) shall receive available funds.

X FEE APP: **The attorney for the Debtor(s) shall be paid a fee by application after order approving compensation to be pai**

**4.2 Domestic support obligations.**

APPENDIX D                    Chapter 13 Plan                    Page 2

Debtor **David Kirkland Andrews** Case number

**(a) Pre- and postpetition domestic support obligations to be paid in full.** *Check one.*
- [✓] **None.** If "None" is checked, the rest of § 4.2(a) need not be completed or reproduced.

**(b) Domestic support obligations assigned or owed to a governmental unit and paid less than full amount.** *Check one.*
- [✓] **None.** If "None" is checked, the rest of § 4.2(b) need not be completed or reproduced.

**4.3 Other priority claims.** *Check one.*
- [✓] **None.** If "None" is checked, the rest of § 4.3 need not be completed or reproduced.
- [ ] The priority claims listed below will be paid in full through the trustee. Amounts stated on a proof of claim filed in accordance with the Bankruptcy Rules control over any contrary amounts listed below.

| Name of Creditor | Estimated amount of claim to be paid |
|---|---|
|  |  |

*Insert additional claims as needed.*

### Part 5: Treatment of Nonpriority Unsecured Claims and Postpetition Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the la all that apply.
- [ ] The sum of $
- [✓] **30.00** % of the total amount of these claims.
- [ ] The funds remaining after disbursements have been made to all other creditors provided for in this plan.

**5.2 Interest on allowed nonpriority unsecured claims not separately classified.** *Check one.*
- [✓] **None.** If "None" is checked, the rest of § 5.2 need not be completed or reproduced.

**5.3 Maintenance of payments and cure of any default on nonpriority unsecured claims.** *Check one.*
- [✓] **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

**5.4 Separately classified nonpriority unsecured claims.** *Check one.*
- [✓] **None.** If "None" is checked, the rest of § 5.4 need not be completed or reproduced.

**5.5 Postpetition claims allowed under 11 U.S.C. § 1305.**

| Debtor | **David Kirkland Andrews** | Case number | |
|---|---|---|---|

Claims allowed under 11 U.S.C. § 1305 will be paid in full through the trustee.

| Part 6: | **Executory Contracts and Unexpired Leases** |
|---|---|

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired**

☑ **None.** If "None" is checked, the rest of § 6.1 need not be completed or reproduced.
☐ **Assumed contracts or leases.** Current installment payments will be disbursed by the trustee or directly by the debtor, as specified below. Arrearage payments will be paid in full through the trustee. Amounts stated on a proof of claim filed in accordance with the Bankruptcy Rules control over any contrary amounts listed below as to the installment payment and arrearage.

| Name of Creditor | Description of leased property or executory contract | Current installment payment | Amount of arrearage to be paid |
|---|---|---|---|
|  |  |  |  |

*Insert additional claims as needed.*

| Part 7: | **Order of Distribution of Available Funds by Trustee** |
|---|---|

**7.1 The trustee will make monthly disbursements of available funds in the order specified. Check one.**
☐ **Regular order of distribution:**

   a. Filing fees paid through the trustee

   b. Current monthly payments on domestic support obligations

   c. Other fixed monthly payments

   If available funds in any month are not sufficient to disburse all fixed monthly payments due under the plan, the trustee will allocate available funds in the order is specified. If available funds in any month are not sufficient to disburse any current installment payment due under § 3.1, the trustee will withhold the amount as available funds in the following month.

   *Insert additional lines as needed.*

   d. Disbursements without fixed monthly payments, except under §§ 5.1 and 5.5

   The trustee will make these disbursements in the order specified below or pro rata if no order is specified.

   *Insert additional lines as needed.*

Debtor  **David Kirkland Andrews**                                Case number

e. Disbursements to nonpriority unsecured claims not separately classified (§ 5.1)

f. Disbursements to claims allowed under § 1305 (§ 5.5)

☑ **Alternative order of distribution:**

   **1. Filing fee**
   **2. General unsecured claims**
   **3. Post Petition claims allowed pursuant to 11 U.S.C. § 1305**

*Insert additional lines as needed.*

### Part 8: Vesting of Property of the Estate

**8.1** Property of the estate will vest in the debtor(s) upon discharge or closing of the case, whichever occurs earlier, unless an alternative vesting date is s
box to select an alternative vesting date:
*Check the appliable box:*
☐ plan confirmation.
☑ other:  **Discharge**

### Part 9: Nonstandard Plan Provisions

☐ **None.** If "None" is checked, the rest of § 6.1 need not be completed or reproduced.

**Post Petition claims allowed pursuant to 11 U.S.C. § 1305 shall be paid in full but subordinate to the payment of unsecured paragraph 3 of the confirmation order.**

**Part 4.3** - **Additional Provisions -Provisions related to payment of priority administrative claim for fees payable to the attorney for the de**

X FEE APP: **The attorney for the Debtor(s) shall be paid a fee by application after order approving compensation to be paid**

**Debtor currently has a dispute with James and Annette McLaughlin regarding $15,000.00 being held by Middle Tennessee Law is receives any of the $15,000.00, those monies will be paid to the Chapter 13 Trustee to be paid into the plan.**

### Part 10: Signatures:

X  /s/ J. J. Robert Harlan                        Date
   **J. Robert Harlan**
**Signature of Attorney for Debtor(s)**

X                                                              Date
   **David Kirkland Andrews**
                                                               Date

APPENDIX D                          Chapter 13 Plan                                Page 5

| Debtor | **David Kirkland Andrews** | Case number | |
|---|---|---|---|

X _____    _____

**Signature(s) of Debtor(s) (required if not represented by an attorney; otherwise optional)**

**By filing this document, the Attorney for Debtor(s) or Debtor(s) themselves, if not represented by an attorney, also certify(ies) that the wording and or 13 plan are identical to those contained in the form required under the Local Rules for the Bankruptcy Court for the Middle District of Tennessee, oth included in Part 9.**

APPENDIX D        Chapter 13 Plan        Page 6

DAVID KIRKLAND ANDREWS
2098 NASHVILLE HWY
COLUMBIA TN 38401

J. ROBERT HARLAN
HARLAN, SLOCUM & QUILLEN
39 PUBLIC SQUARE
PO BOX 949
COLUMBIA, TN 38402-0949

AMY NEWTON
LIBERTY PIKE
FRANKLIN TN 37064

ASPEN AMERICAN INSURANCE COMPANY


BB&T/TRUIST
ATTN: BANKRUPTCY
PO BOX 1847
WILSON NC 27894

DRIVE WEBSITE DESIGN


EGOR G DANYLOV


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MICHAEL COLLINS
ONE NASHVILLE PL
150 FOURTH AV N, SUITE 2200
NASHVILLE TN 37219

MIDDLE TENNESSEE LAW GROUP
809 SOUTH MAIN STREET
SUITE 100
COLUMBIA TN 38401

NAVIENT
ATTN: BANKRUPTCY
PO BOX 9640
WILKES-BARR PA 18773

ROBERT MILLER
ONE NASHVILLE PLACE
150 FOUR AVE N, SUITE 2200
NASHVILLE TN 37219

US ATTY FOR IRS
110 9TH AVE S STE A961
NASHVILLE TN 37203